IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNIE DARBY                                                                                  PLAINTIFF

V.                                                                    CAUSE NO.: 1:10CV132-SA-JAD

SOUTHERN CARE, INC., ET AL.                                                          DEFENDANTS

ORDER ON MOTION TO DISMISS

Pursuant to a written memorandum opinion issued this day, Defendants' Motion to Dismiss [12] is GRANTED. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Thus, this case is DISMISSED.

SO ORDERED, this the 19th day of October, 2010.

                                            **/s/ Sharion Aycock**
                                            **U.S. DISTRICT JUDGE**